Jeff G. Hammel
Direct Dial: (212) 906-1260
E-mail: jeff.hammel@lw.com

# LATHAM & WATKINS LLP

885 Third Avenue
New York, New York 10022-4834
Tel: (212) 906-1200  Fax: (212) 751-4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| | Washington, D.C. |

File No. 038417-0001

March 1, 2005

**BY HAND DELIVERY**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, NY 10007

*[Handwritten endorsement: Adjourned to 4/5/05 @ 9:30. SO ORDERED: Date: 3/1/05, Richard M. Berman, U.S.D.J.]*

Re:   *Bernstein v. Lehman ABS Corp. et al.*, 04 CV 4337

Dear Judge Berman:

      We represent defendants in *Bernstein v. Lehman ABS Corp. et al.*, 04 CV 4337, and are writing, pursuant to Your Honor's Rule 1.E, to request an adjournment of the Rule 16 conference currently scheduled for March 3, 2005. There have been four previous requests for an adjournment of this conference (on July 27, September 24 and December 13, 2004, and January 28, 2005). (*See* Exs. 1-4.) Plaintiff concurs in this request, as it did with the previous requests.

      This case is one of five related cases, all putative securities class actions, that have not yet been consolidated or had a lead plaintiff appointed. *See Stonecipher v. Lehman ABS Corp.*, 04 CV 4057; *Pearl v. Lehman ABS Corp.*, 04 CV 4483; *Zemaitis v. Lehman ABS Corp.*, 04 CV 4571; *Jany v. Lehman ABS Corp.*, 04 CV 5272. In each case, the parties have entered into a stipulation rendering any response to the complaint unnecessary until the cases are consolidated and a lead plaintiff and lead counsel are appointed. On August 10, 2004, plaintiffs submitted to Judge Richard Owen of this District (to whom the first-filed of these cases was assigned) a "Stipulation and [Proposed] Order for the Appointment of the Stonecipher Group as Lead Plaintiff and Approval and Selection of Lead Counsel." (*See* Ex. 5.) No action has been taken with respect to that stipulation and proposed Order. I have also been informed that plaintiffs have submitted (or intend shortly to submit) to Judge Owens a consolidated complaint.

      Accordingly, it appears likely that this case will be consolidated before Judge Owen, who will decide the appointment of lead plaintiff and counsel. We therefore respectfully submit that the conference scheduled for March 3rd is not necessary, and request that it be

Honorable Richard M. Berman
March 1, 2005
Page 2

**LATHAM&WATKINS**LLP

postponed pending Judge Owen's decisions with respect to these issues (which may obviate the need for the conference altogether).

Respectfully,

Jeff G. Hammel

cc:  M. Richard Komins, counsel for plaintiff (by overnight courier)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/5
```