IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD BERNSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEHMAN ABS CORP. AND LEHMAN BROTHERS INC.,<br><br>Defendants. | Civil Action No. 1:04-cv-4337 (RMB)<br><br>**ELECTRONICALLY FILED** |

## NOTICE OF CHANGE OF ADDRESS

PLEASE BE ADVISED that effective May 25, 2006, Barrack, Rodos & Bacine's New York office has relocated to the following address:

**127 E. 26th Street**
**New York, NY  10010**

The telephone and fax numbers remain the same.

Dated:  May 26, 2006                                **BARRACK, RODOS & BACINE**


By:     /s/ RC-3858
        Regina M. Calcaterra (RC-3858)
        Donald C. Moss
        127 E. 26th Street
        New York, NY  10010
        Telephone:  (212) 688-0782
        Fax:  (212) 688-0783

                and

        Daniel E. Bacine
        M. Richard Komins
        **BARRACK, RODOS & BACINE**
        3300 Two Commerce Square
        2001 Market Street
        Philadelphia, PA  19103
        (215) 963-0600

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

     I, Regina M. Calcaterra, a member of the bar of this Court, hereby certify that a true and correct copy of the foregoing Notice of Change of Address has been filed electronically and served on all counsel on the attached service list on this 26th day of May, 2006, via first-class mail, postage prepaid.

                                                        /s/
                                         Regina M. Calcaterra

<u>IN RE LEHMAN ABS CORP.</u>
Service List
May 26, 2006

Jill S. Abrams
Paul O. Paradis
Orin Kurtz
ABBEY GARDY, LLP
212 East 39th Street
New York, NY 10016
(212) 889-3700

Brian P. Murray
Eric J. Belfi
Paul Curley
MURRAY, FRANK & SAILER, LLP
275 Madison Avenue
Suite 801
New York, NY 10016
(212) 682-1818

Patrick A. Klingman
SHEPHERD, FINKELMAN, MILLER
   & SHAH, LLC
One Lewis Street
Hartford, CT 06103-2509
(860) 246-0600

Ira M. Press
KIRBY, MCINERNEY & SQUIRE, LLP
830 Third Avenue
New York, NY 10022
(212) 371-6600

Lawrence P. Eagel
BRAGAR, WEXLER, EAGEL
   & MORGANSTERN, PC
885 Third Avenue
Suite 3040
New York, NY 10022
(212) 308-5858

Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO
16 West 46th Street
7th Floor
New York, NY 10036
(212) 490-9500

Jeffrey G. Hammel
James E. Brandt
LATHAM & WATKINS LLP
885 Third Avenue
Suite 1000
New York, NY 10022
(212) 906-1200